TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Keith Mattison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| Keith Mattison, | Case No.: 2:14-cv-02429-MCE-DAD |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Genesis Lending Services, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

PROPOSED ORDER

In accordance with the Stipulation of the parties, and good cause appearing, this case is hereby dismissed in its entirety with prejudice, each party to bear its own attorney fees and costs. The Clerk of Court is directed to close the file

IT IS SO ORDERED.

Dated:  May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT